**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY JENKINS,<br>          Plaintiff,<br>     v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>          Defendant. | Case No. LA CV 16-0977 CJC (JCG)<br>**JUDGMENT** |

IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: April 11, 2017

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE